UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREIA ROSA DOS SANTOS,<br><br>                      Plaintiff,<br><br>       -against-<br><br>ASSURANT, INC., *et al.*,<br><br>                      Defendants. | 21-CV-6368 (LTS)<br><br>ORDER |

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Plaintiff brings this action *pro se*. By order dated August 17, 2021, Plaintiff was granted thirty days' leave to file a declaration in response to the Court's order to show cause. (ECF 4.) On September 17, 2021, the Court received Plaintiff's request for an extension of time file a declaration. (ECF 5.) The Court grants Plaintiff's request. Within thirty days of the date of this order, Plaintiff may file a declaration.

      The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

SO ORDERED.

Dated:    September 17, 2021
           New York, New York

                                        /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                    Chief United States District Judge