UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANDREIA ROSA DOS SANTOS,

                Plaintiff,

    -against-

ASSURANT, INC., *et al.*,

                Defendants.

21-CV-6368 (LTS)

ORDER

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff brings this action *pro se*. By order dated September 17, 2021, the Court granted Plaintiff a 30-day extension of time to file a declaration in response to the Court's August 17, 2021 order to show cause. (ECF 4.) On October 18, 2021, the Court received Plaintiff's request for a second extension of time to file a declaration. (ECF 7.) Plaintiff's request for a second extension of time to comply is **GRANTED**. Plaintiff must file her declaration within 45 days of the date of this order. If Plaintiff fails to comply within the time allowed, the action will be dismissed for the reasons set forth in the August 17, 2021 order. No further extensions of time will be granted

    The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

SO ORDERED.

Dated:  October 20, 2021
           New York, New York

                                      /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                    Chief United States District Judge