```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ANDREIA ROSA DOS SANTOS                       :
                                              :      21-CV-6368 (PAE) (RWL)
                    Plaintiff,                :
                                              :
         - against -                          :      ORDER
ASSURANT, INC. et al                          :
                                              :
                    Defendants.               :
----------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Plaintiff's request for an extension at Dkt. 20 is granted. Plaintiff's response to the motion to dismiss shall be filed by March 14, 2022. Defendant's reply shall be filed by March 28, 2022.

Plaintiff must file letters and any other materials to the Court by delivery to the Pro Se Pro Se Intake Unit, located at United States Courthouse, 40 Foley Square, Room 105, New York, NY10007 (telephone: **(212) 805-0175**)).  Plaintiff should not send email directly to chambers.

Plaintiff may also submit the application to participate on the Court's electronic filing system, in which event Plaintiff will be able to file documents electronically. Instructions for filing by email are located at https://nysd.uscourts.gov/forms/instructions-filing-documents-email.  In addition, non-incarcerated pro se parties are encouraged, but not required, to submit a Consent to Electronic Service (attached to this order), which will allow them to receive court orders and other important documents by email. However, pro se parties are reminded that all letters and other communications with the Court from pro se parties must be submitted to the Pro Se Intake Unit, not directly to Chambers. Pro se parties also are reminded that there is a legal clinic to assist people who are parties in

civil cases but do not have lawyers. The clinic is run by a private organization called the New York Legal Assistance Group; it is not part of, or run by, the Court. The clinic is located at United States Courthouse, 40 Centre Street, Room LL22, New York, NY 10007. An unrepresented party can make an appointment by calling **(212) 659-6190**.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: February 2, 2022
New York, New York

Copies transmitted this date to all counsel of record.  The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff:

Andreia Rosa Dos Santos
507 W 28th Street
Apt. 611
New York, NY 10001-5845

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

Please list all your pending and terminated cases to which you would like this consent to apply. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

_____

_____
Name (Last, First, MI)

| | | | |
|---|---|---|---|
| Address | City | State | Zip Code |

| | |
|---|---|
| Telephone Number | E-mail Address |

| | |
|---|---|
| Date | Signature |